UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. BYRAM K. HUFF, a/k/a "Barran Townes," a/k/a "Khalil Huff"   2:12 cr 39

## PETITION FOR
## WRIT OF HABEAS CORPUS

1. Byram K. Huff, a/k/a "Barran Townes, a/k/a "Khalil Huff," **SBI #135062C**, is now confined at the **Essex County Jail**

2. Said individual will be required at U.S. Post Office & Federal Courthouse, Federal Square, Newark, New Jersey, before the Hon. Dennis M. Cavanaugh, U.S. District Judge, on Monday, February 6, 2012, at 11:00 a.m., to have an **Initial Appearance and Arraignment** in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: January 31, 2012

/s/ *Mala Harker*
Mala Harker
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: January 31, 2012

Hon. Dennis M. Cavanaugh, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the **Essex County Jail**:
WE COMMAND YOU that you have the body of

**BYRAM K. HUFF, a/k/a "Barran Townes," a/k/a "Khalil Huff"**
**SBI #135062C, DOB 1/28/1978**

now confined at the **Essex County Jail**, brought before the United States District Court, the Hon. Dennis M. Cavanaugh, U.S. District Judge, in the courthouse at Federal Square, Newark, New Jersey on **Monday, February 6, 2012 at 11:00 a.m.**, in civilian clothes, so that he may have an **Initial Appearance and Arraignment** in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Dennis M. Cavanaugh
United States District Judge
Newark, New Jersey.

DATED: January 31, 2012

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk