UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | Crim. No. 12cr39 |
| BYRAM HUFF | : | SCHEDULING ORDER |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Kathleen M Hamann, Special Assistant U.S. Attorney, appearing), and defendant Byram Huff (Gerald Saluti, Esq., appearing), for a scheduling order pursuant to the provisions of the Speedy Trial Act of 1974,

IT IS, therefore, on this 23 day of July, 2012,

| | |
|---|---|
| Motions due: | August 6, 2012 |
| Opposition due: | August 20, 2012 |
| **Trial date:** | September 18, 2012 |

_____
HON. DENNIS M. CAVANAUGH
United States District Judge

Form and entry
consented to:

_____
Kathleen M Hamann
Special Assistant U.S. Attorney

_____  7/18/2012
Gerald Saluti, Esq.
Counsel for defendant Byram Huff